

# NUMBER 13-22-00211-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CHRIS HOLT,                                                                      Appellant,

v.

KIM GRIGG,                                                                        Appellee.

## On appeal from the 117th District Court
## of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Silva, and Peña**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on appellant and appellee's joint motion for non-suit and voluntary dismissal of all claims. The parties request a dismissal stating that they have negotiated a settlement.

The Court, having considered the joint motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1) (allowing the Court to "dismiss the appeal or affirm the appealed judgment or order unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled"). Accordingly, we grant the motion, and we dismiss the appeal. Costs will be borne by the party incurring the same. Because the appeal is dismissed at appellant and appellee's joint request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
2nd day of February, 2023.